IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-296-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAYLA WHITLEY BRUCE, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motion for pretrial release [D.E. 27] not later than October 5, 2020.

SO ORDERED. This 26 day of September 2020.

JAMES C. DEVER III
United States District Judge