UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00296-1D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYLA WHITLEY BRUCE | ORDER GRANTING MOTION<br>FOR LEAVE TO FILE<br>DOCUMENT UNDER SEAL |

This matter having come before the Court by the Defendant's motion for leave to file documents under seal, it is ORDERED that the motion is granted.

SO ORDERED.

This __19__ day of October, 2020.

                                            _____
                                            JAMES C. DEVER III.
                                            UNITED STATES DISTRICT JUDGE