UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-296-1D

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| v. | |
| KAYLA WHITLEY BRUCE | |

Upon motion by the defendant, by and through counsel, and for good cause shown, it is hereby ordered that the defendant's motion to seal is granted.

SO ORDERED, this __9__ day of __April__, 2021.

_____
JAMES C. DEVER III
United States District Judge