UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00296-1D

UNITED STATES OF AMERICA

v.

KAYLA WHITLEY BRUCE

ORDER GRANTING MOTION
FOR LEAVE TO FILE
DOCUMENT UNDER SEAL

This matter having come before the Court by the Defendant's motion for leave to file document under seal, it is ORDERED that the motion is granted.

SO ORDERED.

This __22__ day of October, 2021.

_____
JAMES C. DEVER III.
UNITED STATES DISTRICT JUDGE