UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-296-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) ORDER TO SEAL D.E. # 36 |
| vs. | ) |
| | ) |
| | ) |
| KAYLA WHITLEY BRUCE | ) |

Upon motion of the United States it is hereby ORDERS, for good cause shown based on the facts and reasons stated in the Government's motion, that the above-captioned matter be sealed until such time as requested to be unsealed by the United States Attorney or another person and the Court orders it unsealed.

This the 2 day of November, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE